# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| THE SOUTHERN BANK COMPANY, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EXPRESS CORPORATION, ) <br> Defendant. ) | No. 2:25-cv-02558-SHL-cgc |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 3rd day of June, 2025.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE